IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOE M. BOWSER, JR.,

    Petitioner,

vs.                           CASE NO. 5:08cv227/RS-EMT

WALTER A. McNEIL,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 24). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Petition For Writ Of Habeas Corpus (Doc. 1) is **denied**.

3. The clerk is directed to close the file.

**ORDERED** on March 28, 2011.

                                       /S/ Richard Smoak
                                       **RICHARD SMOAK**
                                       **UNITED STATES DISTRICT JUDGE**